UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2016 JAN 27 P 4:30

CLERK'S OFFICE
AT GREENBELT

BY_____DEPUTY

PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND  20770
301-344-0632

MEMORANDUM

TO:       Counsel of Record

          Lisa Popeck-Zisserson
          5801 Nicholson Lane, #1915
          Rockville, MD 20852

FROM:     Judge Peter J. Messitte

RE:       <u>United States v. Lisa Popeck</u>
          Criminal No. PJM 09-149

DATE:     January 22, 2016

\* \* \*

On October 20, 2015, the Court issued a Memorandum Order in response to Defendant Lisa Popeck-Zisserson's request for an adjustment to or termination of her restitution obligations. ECF No. 80. In that Order, the Court directed Ms. Popeck-Zisserson to file certain financial documents and a sworn affidavit with the Government within sixty (60) days of the Memorandum Order to substantiate her claim of financial hardship. *Id.* On January 6, 2016, the Government filed correspondence with the Court, advising that Ms. Popeck-Zisserson had not submitted financial documents or a sworn affidavit to the Government within the time period required by the Court's October 20, 2015 Memorandum Order. ECF No. 81.

Given Ms. Popeck-Zisserson's failure to substantiate her claim of financial hardship and comply with the Court's October 20, 2015 Memorandum Order, the Court hereby **DENIES** her request for adjustment to or termination of her restitution obligations.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

/s/
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

cc:   Court File